AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 JUL -7 AM 10: 54

CLERK

BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America
v.

Bradley Saldi

*Defendant(s)*

Case No. 2:23-mj-77

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 15 & 16 and June 12 & 14, 2023 in the county of Rutland in the District of Vermont, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) | Knowingly and intentionally distributed cocaine base, a Schedule II controlled substance. (All dates) |
| 21 U.S.C. § 841(a) | Knowingly and intentionally distributed fentanyl, a Schedule II controlled substance. (May 15, 2023) |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Attested to by reliable electronic means (Facetime)
*Complainant's signature*

Det. Jesse Dambrackas, VSP
*Printed name and title*

Subscribed and sworn to in accordance with the requirements of Fed. R. Crim. P. 4.1

Date: 07/07/2023

*Judge's signature*

City and state: Burlington, VT

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*