# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                              Case No. 2:23-mj-77-1

Bradley Saldi

TAKE NOTICE that the above-entitled case is scheduled for Friday, July 21, 2023 at 2:30 p.m., in Burlington, Vermont before the Honorable Kevin J. Doyle, Magistrate Judge, for a Preliminary Hearing or Arraignment.

Location: Burlington – 410 Courtroom                JEFFREY S. EATON, Clerk
                                                                                   By: */s/ H. Beth Cota*
                                                                                   Deputy Clerk
                                                                                    7/10/2023

TO:

Jonathan Ophardt, AUSA
Jason M. Turner, AUSA

Mark D. Oettinger, Esq.